## Commonwealth *v.* Stone, Appellant.

 Before SAWYER, P. J., ROWLEY, SALMON, KLEIN, and REED, JJ. 

 Argued November 17, 1975. *William M. Panella*, with him *Alfred V. Papa*, for appellant; *Joseph Stanichak*, Assistant District Attorney, and *Joseph S. Walko*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tamine, Appellant.

 Before SCULCO, J., without a jury. 

 Argued November 25, 1975. *John W. Peck, II*, Assistant Public Defender, with him *Dante G. Bertani*, Public Defender, for appellant; *James J. Conte*, Assistant District Attorney, with him *David B. Wasson*, Assistant District Attorney, and *Albert M. Nichols*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.